LEON SILVERBERG et al., Appellants, *v.* EDWIN S. SCHWEIG et al., Respondents.

Submitted October 26, 1942; decided October 29, 1942.

Motion for reargument denied. (See 288 N. Y. 217.)

In the Matter of 436 WEST 34TH STREET CORPORATION, Appellant, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.

Submitted October 19, 1942; decided October 29, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 288 N. Y. 346.)